Robert Tauler (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Milan Hassid*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILAN HASSID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ALEX AND ANI, LLC, a Rhode Island corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00679-FMO-JC<br><br>**PLAINTIFF MILAN HASSID'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff respectfully provides notice that, on April 3, 2025, the Central District of California denied a Motion to Dismiss in *Robert Conohan v. Rad Power Bikes Inc., et al.* (Case No. 2:25-cv-00106-PVC), a case based on upon the same issues of law under review in the instant matter. A copy of the Order is attached hereto as Exhibit A.

Plaintiff believes this development is relevant to the Court's evaluation of Defendant's pending Motion to Dismiss and its arguments on Personal Jurisdiction and Article III Standing.

DATED: April 11, 2025 **TAULER SMITH LLP**

By: */s/ Narain Kumar*
Narain Kumar, Esq.
Attorneys for Plaintiff
Milan Hassid