**THE LAW OFFICE OF**
**ALEXANDRA KAZARIAN**
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone: (213) 290-2478
Facsimile: (213) 232-3255
ak@alexkazlaw.com
**ALEXANDRA KAZARIAN SBN 244494**

*Attorney for Defendant*, ALEX AND ANI, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAN HASSID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX AND ANI, LLC., a Rhode Island corporation; DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00679-FMO-JC<br>Docket No.:<br><br>**DEFENDANT ALEX AND ANI, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date: April 24, 2025<br>Time: 10:00 a.m.<br>Ctrm.: 6D<br>Judge: Hon. Fernando M. Olguin |

# NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Alex and Ani, LLC ("Defendant") submits this Notice of Supplemental Authority in support of its Motion to Dismiss Plaintiff Milan Hassid's ("Plaintiff") Class Action Complaint ("Motion to Dismiss") to inform the Court of two recent decisions that address Section 638.51 of the California Penal Code and are relevant to the Court's evaluation of the Article III standing arguments in Defendant's Motion to Dismiss (Dkt. **). *Rebeka Rodriguez v. Autotrader.com, Inc.*, WL 1085787 (C.D. Cal. Apr. 4, 2025) is attached as **Exhibit A**. *Gabrielli v. Insider, Inc.*, 2025 WL 522515 (S.D.N.Y. Feb. 18, 2025) is attached as **Exhibit B**. In both decisions, the court dismissed the plaintiff's amended complaints asserting claims under Section 638.51 for lack of Article III standing. *Rodriguez*, 2025 WL 1085787 at *1-2; *Gabrielli*, 2025 WL 522515 at *3-8.

DATED: April 22, 2025

**THE LAW OFFICE OF ALEXANDRA KAZARIAN**

By: _/s/ Alexandra Kazarian_
ALEXANDRA KAZARIAN
*Attorneys for Defendant,*
ALEX AND ANI, LLC

**PROOF OF SERVICE**

I, Alexandra Kazarian, declare:

I am a citizen of the United States and employed in the State of California. I am over the age of 18 years and am not a party to the within-entitled action. My business address is 644 S. Figueroa Street, Los Angeles, California 90017.

On April 22, 2025, I electronically filed via my electronic service address (ak@alexkazlaw.com) the attached document:

**DEFENDANT ALEX AND ANI, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Robert Tauler
Narain Kumar
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, CA 90017
213-927-9270
Email: robert@taulersmith.com
Email: nkumar@taulersmith.com
Attorneys for Plaintiff Milan Hassid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 22, 2025, at Los Angeles, California.

*/s/Alexandra Kazarian*
*Alexandra Kazarian*