# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-0679 FMO (JCx)** | Date | **June 25, 2025** |
|---|---|---|---|
| Title | **Milan Hassid v. Alex and Ani, LLC, et al.** | | |

Present: The Honorable    **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:    Attorney Present for Defendant:

None Present    None Present

**Proceedings:    (In Chambers) Order Re: Motion to Dismiss**

Having reviewed defendant's Motion to Dismiss (Dkt. 12, "Motion"), the court will deny defendant's Motion for failure to comply with Local Rule 7-3, which requires that the parties engage in a meet-and-confer conference "at least 7 days prior to the filing of [a] motion." L.R. 7-3; see L.R. 7-4 ("The Court may decline to consider a motion unless it meets the requirements of L.R. 7-3[.]"). Here, the Notice of Motion does not certify that such a conference took place, (see, generally, Dkt. 12, Motion), and plaintiff represents that "Defendant made no attempt to meet and confer prior to its filing." (Dkt. 15, Plaintiff's Opposition to Defendant's Motion to Dismiss at 6). Accordingly, IT IS ORDERED THAT:

1. The Motion **(Document No. 12)** is **denied without prejudice**.

2. Defendant shall file its Answer or a motion to dismiss no later than **July 9, 2025**. In the event defendant wishes to file another motion to dismiss, then counsel for the parties shall, on **July 2, 2025, at 10:00 a.m.**[1] meet and confer in person at plaintiff's counsel's office to discuss defendant's motion to dismiss. The meet and confer must be transcribed by a court reporter. If the transcript of the meet and confer does not demonstrate a good faith effort by the parties to resolve each issue in dispute, the motion will be denied and/or sanctions will be imposed for failure to participate in the meet and confer process in good faith. The costs of the court reporter shall be paid by defendant. Defendant's motion must include copies of all meet and confer letters as well as the transcript. Failure to include such communications or the transcript will result in the motion being denied.

00    :    00

---

[1] Counsel may agree to meet and confer at another time and place without seeking court approval for such an agreement, provided the motion to dismiss is filed by October 23, 2017.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-0679 FMO (JCx)** | Date | **June 25, 2025** |
|---|---|---|---|
| Title | **Milan Hassid v. Alex and Ani, LLC, et al.** | | |

Initials of Preparer            vdr