Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
**TAULER SMITH LLP**
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Milan Hassid*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MILAN HASSID, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ALEX AND ANI, LLC, a Rhode Island corporation; and DOES 1 through 25, inclusive,

Defendants.

Case No. 2:25-cv-00679-FMO-JC

**PLAINTIFF MILAN HASSID'S NOTICE OF MOTION AND MOTION FOR LIMITED RELIEF FROM THE SCHEDULING ORDER**

Hearing
Date: November 20, 2025
Time: 10:00am

Hon. Fernando M. Olguin

**NOTICE OF MOTION**

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 20, 2025 at 10:00am or as soon thereafter as the matter may be heard, before the Honorable Fernando M. Olguin at a place to be determined by the Court, Plaintiff Milan Hassid will and hereby does move the Court for limited relief from the scheduling order.

This motion is based on the notice and motion, the accompanying Memorandum of Points and Authorities and supporting declarations, and on all pleadings, papers and proceedings in this action, any matters of which the Court may properly take judicial notice, and the arguments of counsel.

DATED: October 17, 2025 TAULER SMITH LLP

By: */s/ Narain Kumar*
Narain Kumar, Esq.
Attorneys for Plaintiff
Milan Hassid