Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
**TAULER SMITH LLP**
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Milan Hassid*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILAN HASSID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ALEX AND ANI, LLC, a Rhode Island corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00679-FMO-JC<br><br>**PLAINTIFF MILAN HASSID'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LIMITED RELIEF FROM THE SCHEDULING ORDER**<br><br>Hon. Fernando M. Olguin |

# I. INTRODUCTION

For the reasons stated in his Motion, Plaintiff respectfully requests the Court grant Plaintiff limited relief from the cut-off date for fact discovery in the Scheduling Order to file a motion to compel.

DATED: October 24, 2025

TAULER SMITH LLP

By: */s/ Narain Kumar*
Narain Kumar, Esq.
Attorney for Plaintiff
Milan Hassid

**LOCAL RULE 11-6.2 CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiff Milan Hassid, certifies that this brief contains 35 words, which complies with the word limit of L.R. 11-6.1.

DATED: October 24, 2025

TAULER SMITH LLP

By: */s/ Narain Kumar*
Narain Kumar, Esq.
Attorney for Plaintiff
Milan Hassid