Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
**TAULER SMITH LLP**
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Milan Hassid*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MILAN HASSID, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

ALEX AND ANI, LLC, a Rhode Island corporation; and DOES 1 through 25, inclusive,

Defendants.

Case No. 2:25-cv-00679-FMO-JC

**PLAINTIFF MILAN HASSID'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT ALEX AND ANI LLC**

DATE: Tuesday, December 9, 2025
TIME: 9:30
CTRM: 750
JUDGE: Hon. Jacqueline Chooljian

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, December 9, 2025, at 9:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Jacqueline Chooljian in Courtroom 750, 7th Floor in the above-referenced Court, located at the United States Courthouse at 225 East Temple Street, Los Angeles, California 90012, Plaintiff Milan Hassid ("Plaintiff") will and hereby does move this Court for an Order compelling responses to his written discovery. This Motion is brought without a conference pursuant to Local Rule 37-1 because Defendant Alex and Ani, LLC ("Defendant") refused to confer, and Plaintiff therefore attaches to this Motion his counsel's Declaration pursuant to Local Rule 37-2.4. The grounds for this Motion are that Plaintiff sent Defendant Requests for Production of Documents and Interrogatories, and noticed Defendant's deposition and Defendant did not provide one response, did not appear at its timely noticed deposition, and refused to meet and confer pursuant to Local Rule 37-1 on any of these issues.

Plaintiff sought specific relief from the District Court to bring this Motion and granted "leave to file a Motion to Compel notwithstanding the terms of the Scheduling Order in this case." (Dkt. 40.)

With this Motion, Plaintiff respectfully prays for the following:

1. An Order compelling Defendant to respond, without objection, to Plaintiff's First Set of RFPs in its entirety; and

2. An Order compelling Defendant to respond, without objection, to Plaintiff's First Set of ROGs in its entirety.

3. For Defendant's failure to attend its noticed deposition, an Order:

a. Precluding Defendant from offering evidence at trial or in any motion regarding:

i. The decision to install, implement, or configure the TikTok Pixel;

ii. The nature, operation, configuration, use, or functionality of the TikTok Pixel on Defendant's website;

iii. Any consent, privacy policy, or user disclosure allegedly provided to website visitors;

iv. Any claimed limitation on data collection, transmission, or use; or

v. Any expert or lay witness testimony on topics that would have been addressed at the 30(b)(6) deposition.

b. Directing that it be taken as established for the purposes of this action that Defendant:

i. Installed and used the TikTok Pixel to obtain financial and marketing benefits from fingerprinting, de-anonymizing, and targeting visitors to its website;

ii. Defendant made the decision to implement the TikTok Pixel for marketing and advertising purposes and did so with knowledge that it would track website users;

iii. The TikTok Pixel installed on Defendant's website collected personally identifiable information and communications from visitors to the website, including those located in California;

iv. Data collected by the TikTok Pixel was transmitted to TikTok, which used such data for targeted advertising and audience profiling on behalf of Defendant;

v. The data collected by the TikTok Pixel allows TikTok to use other data it in its possession to pervasively track a Website visitor's web browsing history across the internet; and

vi. It is reasonably likely TikTok can identify an individual visitor to Defendant's Website based on the data the collected because of that visit.

c. Compelling Defendant to appear for a rescheduled Rule 30(b)(6) deposition within 30 days of the Court's order; and

d. Awarding Plaintiff reasonable costs and attorneys' fees in connection with preparing for and attending the deposition, bringing this Motion, and attending any hearing(s).

This Motion is based upon the below Memorandum of Points and Authorities, Plaintiff's counsel's declaration pursuant to Local Rule 37-2.4 (Declaration of Narain Kumar in Support of Plaintiff's Motion to Compel filed concurrently herewith ("Kumar Decl.").), the discovery requests at issue (Kumar Decl., Exhibits A, B, G), prior communications between the parties (Kumar Decl., Exhibits C, D, J, L), Plaintiff's counsel's August 12, 2025 meet and confer letter addressed to Defendant's counsel, which details all of the deficiencies at issue here (Kumar Decl., Exhibit E), and Plaintiff's Counsel's October 8 meet and confer letter addressed to Defendant's counsel regarding Defendant's failure to attend its deposition (Kumar Decl., Exhibit I), other exhibits filed in connection with this Motion, the briefing and docket in this case and all arguments at oral argument.

DATED: November 6, 2025

**TAULER SMITH LLP**

By: _/s/ Narain Kumar_

Narain Kumar, Esq.
*Attorney for Plaintiff*
*Milan Hassid*