**THE LAW OFFICE OF**
**ALEXANDRA KAZARIAN**
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone: (213) 290-2478
Facsimile: (213) 232-3255
ak@alexkazlaw.com
**ALEXANDRA KAZARIAN SBN 244494**

*Attorney for Defendant*, ALEX AND ANI, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILAN HASSID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX AND ANI, LLC., a Rhode Island corporation; DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00679-FMO-JC<br>*The Hon. Fernando M. Olguin Presiding*<br><br>**DEFENDANT ALEX AND ANI, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** |

**TO THE HONORABLE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Defendant, ALEX AND ANI, LLC (hereinafter "Defendant") answers Plaintiff's Complaint in the above-entitled action and hereby admit, deny and allege as follows:

## JURISDICTION

1. Answering paragraph number 1, Defendant denies the allegations contained therein.

2. Answering paragraph number 2, Defendant denies the allegations contained therein.

3. Defendant lacks sufficient information or belief to admit the truth of the allegations and therefore denies them.

## PARTIES

4. Answering paragraph number 4, Defendant lacks knowledge or information sufficient to form a belief about Plaintiff Milan Hassid's residence and therefore denies the allegations contained therein.

5. Answering paragraph number 5, Defendant denies the allegations contained therein.

6. Answering paragraph number 6, Defendant denies the allegations and denies that it engaged in any conduct prohibited by California Penal Code section 638.51 or any other statute.

7. Answering paragraph number 7, Defendant denies the allegations contained therein.

## FACTUAL ALLEGATIONS

8. Answering paragraph number 8, Defendant denies the allegations contained therein.

9. Answering paragraph number 9, Defendant denies the allegations contained therein.

10. Answering paragraph number 10, Defendant denies the allegations contained therein.

11. Answering paragraph number 11, Defendant denies the allegations contained therein.

12. Answering paragraph number 12, Defendant denies the allegations contained therein.

13. Answering paragraph number 13, Defendant denies the allegations contained therein.

14. Answering paragraph number 14, Defendant denies the allegations contained therein.

15. Answering paragraph number 15, Defendant denies the allegations contained therein.

16. Answering paragraph number 16, Defendant admits that the paragraph purports to quote the statutory language within the California Invasion of Privacy Act ("CIPA"), California Penal Code § 630, *et seq.*, but Defendant denies the allegations and denies that any alleged data constitutes protected "contents," routing information, or signaling information within the meaning of any applicable statute.

17. Answering paragraph number 17, Defendant denies the allegations contained therein.

18. Answering paragraph number 18, Defendant denies the allegations contained therein.

19. Answering paragraph number 19, Defendant denies the allegations contained therein.

20. Answering paragraph number 20, Defendant denies the allegations contained therein.

21. Answering paragraph number 21, Defendant denies the allegations and denies the claims asserted therein.

22. Answering paragraph number 22, Defendant denies the allegations contained therein.

## CLASS ALLEGATIONS

23. Answering paragraph number 23, Defendant denies that Plaintiff may properly represent any class.

24. Answering paragraph number 24, Defendant denies that Plaintiff may properly represent any class.

25. Answering paragraph number 25, Defendant denies that Plaintiff may properly represent any class.

26. Answering paragraph number 26, Defendant denies that Plaintiff may properly represent any class and denies that Plaintiff can satisfy the requirements of Rule 23.

27. Answering paragraph number 27, Defendant denies that Plaintiff may properly represent any class.

28. Answering paragraph number 28, Defendant denies that Plaintiff may properly represent any class.

## FIRST CAUSE OF ACTION

### Violations of California Trap and Trace Law

### Cal. Penal Code § 638.51 (the "California Trap and Trace Law")

29. Answering paragraph number 29, Defendant repeats and incorporates the responses contained in every preceding paragraph as if fully set forth herein.

30. Answering paragraph number 30, Defendant admits that California Penal Code section 638.51, subd. (a) contains the quoted text, but denies that Defendant violated the statute.

31. Answering paragraph number 31, Defendant admits that California Penal Code section 638.51, subd. (c) contains the quoted text, but denies that Defendant violated the statute.

32. Answering paragraph number 32, Defendant denies the allegations contained therein.

33. Answering paragraph number 33, Defendant denies the allegations contained therein.

34. Answering paragraph number 34, Defendant admits that California Penal Code section 637.2 includes a mechanism to impose civil liability for violations of the statute, but denies that Defendant violated the statute.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it does not properly belong, Defendant asserts the following affirmative defenses and reserves the right to amend these defenses as permitted by law, and alleges each of the following as separate and distinct affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiff's Complaint, and its purported cause of action alleged therein, fails to state facts sufficient to constitute a claim upon which relief can be granted under federal or state law.

### SECOND AFFIRMATIVE DEFENSE

### (Lack of Standing)

Plaintiff lacks standing to assert the claim alleged because Plaintiff has not suffered an injury in fact that is concrete, particularized, and actual or imminent, nor fairly traceable to Defendant's conduct, nor redressable by this Court.

//

//

//

//

//

**THIRD AFFIRMATIVE DEFENSE**

**(Lack of Ownership, Operation, or Control)**

Defendant did not own, operate, control, manage, or maintain the website at issue during the relevant time period and therefore cannot be held liable for the alleged conduct.

**FOURTH AFFIRMATIVE DEFENSE**

**(No Causation)**

Plaintiff's alleged injuries, if any, were not caused by any act or omission of Defendant.

**FIFTH AFFIRMATIVE DEFENSE**

**(Consent)**

Plaintiff consented, expressly or impliedly, to the alleged conduct through use of the website, browser settings, device settings, cookies, disclosures, or applicable terms and policies.

**SIXTH AFFIRMATIVE DEFENSE**

**(Preemption)**

Plaintiff's claims are barred in whole or in part by federal preemption, including preemption under the Federal Wiretap Act and related federal statutes.

//

//

//

**SEVENTH AFFIRMATIVE DEFENSE**

**(No Vicarious Liability)**

Defendant is not liable for the acts or omissions of third parties under any theory of agency, joint venture, or respondeat superior.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Rule 23 Failure)**

Plaintiff cannot satisfy the requirements of the Federal Rules of Civil Procedure Rule 23, including numerosity, commonality, typicality, adequacy, predominance, and superiority.

**NINTH AFFIRMATIVE DEFENSE**

**(Failure to Join Necessary or Indispensable Party, Rule 19 Failure)**

Plaintiff's claims are barred in whole or in part by failure to join one or more necessary and indispensable party as required by Federal Rule of Civil Procedure Rule 19.

**TENTH AFFIRMATIVE DEFENSE**

**(Statutory Inapplicability)**

The statutes relied upon by Plaintiff do not apply to the conduct alleged and do not encompass the technologies or information at issue.

//

//

//

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Absence of Interception or Acquisition)**

Defendant did not intercept, acquire, access, or collect the contents of any communication as required to establish liability.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Third-Party Conduct)**

Any alleged conduct was caused by third parties over whom Defendant had no control, breaking the chain of causation.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

Plaintiff failed to mitigate any alleged damages.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(No Damages / Excessive Penalties.)**

Plaintiff has not suffered damages, and any request for statutory damages is unconstitutional, excessive, and disproportionate.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Due Process)**

Plaintiff's claims and requested relief violate Defendant's due process rights.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Equitable Defenses)**

Plaintiff's claims are barred by waiver, estoppel, laches, and unclean hands.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Reservation of Defenses)**

Defendant reserves the right to assert additional defenses as permitted by law.

**PRAYER**

**WHEREFORE,** Defendant prays for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed;
3. That Defendant be awarded such other and further relief as the Court may deem just and proper.
4. The Court grant such other and further relief as it deems just and proper.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

DATED: February 3, 2026

**THE LAW OFFICE OF**
**ALEXANDRA KAZARIAN**

By: ______________________
ALEXANDRA KAZARIAN
*Attorneys for Defendant,*
ALEX AND ANI, LLC

**PROOF OF SERVICE**

I, Alexandra Kazarian, declare:

I am a citizen of the United States and employed in the State of California. I am over the age of 18 years and am not a party to the within-entitled action. My business address is 644 S. Figueroa Street, Los Angeles, California 90017.

On February 4, 2026, I electronically filed via my electronic service address (ak@alexkazlaw.com) the attached document:

**DEFENDANT ALEX AND ANI, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Robert Tauler
Narain Kumar
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, CA 90017
213-927-9270
Email: robert@taulersmith.com
Email: nkumar@taulersmith.com
Attorneys for Plaintiff Milan Hassid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 4, 2026, at Los Angeles, California.

*Alexandra Kazarian*