**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILAN HASSID, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AND ANI, LLC,<br><br>Defendant. | Case No. CV 25-00679 FMO (AYPx)<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER** |

On March 16, 2026, Milan Hassid ("plaintiff") filed a Motion for Leave to File First Amended Complaint and to Modify Scheduling Order (Dkt. 53, "Motion"). The Motion was set for oral argument on April 16, 2026. (See id. at 2). The April 16, 2026, hearing date required defendant to file their Opposition to the Motion no later than March 26, 2026. See Local Rule 7-9. Defendant did not file its Opposition to plaintiff's Motion at that time, nor has any Opposition been filed since. (See, generally, Dkt.). Accordingly, the court will grant plaintiff's Motion. See Local Rule 7-12; Brown v. Metro By T-Mobile, 2024 WL 4406791, *2 (C.D. Cal. 2024) ("The Court deems the defendants' failure to oppose the Motion to Amend to constitute their consent to the granting of the motion.").

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff's Motion for Leave to File First Amended Complaint and to Modify Scheduling Order **(Document No. 53)** is **granted**.

2. Plaintiff shall, no later than two court days from the filing of this Order, file its First Amended Complaint in compliance with Local Rule 3-2.

3. Defendants shall file their Answers to the First Amended Complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than **April 17, 2026**.

4. In the event defendants wish to file a motion to dismiss, then counsel for the parties shall, on **April 10, 2026, at 10:00 a.m.**[1] meet and confer in person, via video, or telephonically to discuss defendants' motions to dismiss. Defendants' motions must include copies of all meet and confer letters as well as a declaration that sets forth, in detail, the entire meet and confer process (i.e., when and where it took place, how long it lasted, and the position of each attorney with respect to each disputed issue that will be the subject of the motion). Failure to include such a declaration will result in the motions being denied.

5. The court will issue a separate order regarding case deadlines.

Dated this 1st day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge

[1] Counsel may agree to meet and confer at another time without seeking court approval for such an agreement.