**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MILAN HASSID, Individually and on Behalf of all Others Similarly Situated,

Plaintiff,

v.

ALEX AND ANI, LLC,

Defendant.

Case No. CV 25-00679 FMO (AYPx)

**ORDER RE: FURTHER PROCEEDINGS**

In light of the Court's Order Re: Motion for Leave to File First Amended Complaint and to Modify Scheduling Order (Dkt. 54, Court's Order of April 1, 2026), IT IS ORDERED THAT:

1. All discovery, limited to the newly added defendants, shall be completed no later than **June 30, 2026.**

2. Any motion for class certification shall be filed no later than **July 30, 2026**, and noticed for hearing regularly under the Local Rules.[1] Any untimely or non-conforming motion will be denied. The motion for class certification shall comply with the requirements set forth in the Court's Order Re: Motions for Class Certification issued on April 14, 2025 (Dkt. 20).

Dated this 2nd day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge

[1] Any challenge to expert testimony pursuant to Daubert v. Merrell Dow Pharms., 509 U.S. 579, 113 S.Ct. 2786 (1993), or Federal Rules of Evidence 702-704, must be done within the joint brief, or in a separate motion that is filed at the same time the joint brief is filed.