**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MILAN HASSID, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ALEX AND ANI, LLC, a Rhode Island limited liability company; THE BATHING CLUB LLC, a New York limited liability company; LMGL LLC, a Delaware limited liability company; MLLG LLC, a Delaware limited liability company; LC A&A HOLDINGS INC., a Delaware corporation; and DOES 5 through 25, inclusive,

Defendants.

Case No. 2:25-cv-00679-FMO-AYP

**ORDER RE: STIPULATION [72] TO CONTINUE DISCOVERY DEADLINE AS TO NEWLY NAMED DEFENDANTS AND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**

# ORDER

The Court, having reviewed the Stipulation to Continue Discovery Deadline as to Newly Named Defendants and Deadline to File Motion for Class Certification, and good cause appearing, hereby approves and grants the stipulation as follows:

1. Discovery limited to the newly named defendants (The Bathing Club LLC, LMGL LLC, MLLG LLC, and LC A&A Holdings Inc.) shall be completed no later than February 26, 2027.

2. Plaintiff Milan Hassid shall file his motion for class certification no later than March 31, 2027.

**IT IS SO ORDERED.**

Dated: June 24, 2026

__________/s/__________________
Hon. Fernando M. Olguin
U.S. DISTRICT JUDGE